GEORGE H. ROOSE, Respondent, v. MASCOT COPPER COMPANY, Appellant, Impleaded with Others.

*Depositions — examination of defendant before trial — order irregular in that it fails to specifically state issues concerning which examination is sought.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office October 3, 1924, granting the plaintiff's motion for examination of defendant Mascot Copper Company before trial and for the production of its books, records and papers.

51                                                                                        801

Per Curiam: The order is improper in form, in that the issues concerning which the examination is sought are not specifically stated therein. (See *Bamberger* v. *Cooke*, 181 App. Div. 805.) The order should, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, with leave to the plaintiff to renew the motion at Special Term upon payment of said costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff to renew the motion at Special Term upon payment of said costs.